[No. 12140-2-III.   Division Three.   November 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK A. · DeRYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 91-1-00230-5, Carol A. Wardell, J., entered January 6, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11745-6-III.   Division Three.   November 16, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK A. DeRYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00587-0, John E. Bridges, J., entered July 22, 1991. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 12352-9-III.   Division Three.   November 18, 1993.]

LIN LONG, ET AL, *Appellants*, v. UNITED BUILDERS SUPPLY OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00458-3, John E. Bridges, J., entered March 12, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12381-2-III.   Division Three.   November 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KIP KEITH, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 91-1-00155-3, Richard W. Miller, J., entered April 17, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.